**DENIED and Opinion Filed October 7, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01138-CV

## IN RE UNIVERSITY OF GYMNASTICS AT SHERMAN LLC, Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-19-0691**

## MEMORANDUM OPINION
Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Molberg

Before the Court are relator's September 26, 2024 petition for writ of mandamus and September 27, 2024 motion for temporary relief. Upon review, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See, e.g.*, TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1), 52.7(a)(2).

For example, relator's appendix and record are deficient. Relator bears the burden to provide the Court with a record that is sufficient to show it is entitled to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator failed to meet this burden because the documents included in

its appendix and record are not certified or sworn copies as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1); *In re Butler*, 270 S.W.3d 757, 758–59 (Tex. App.—Dallas 2008, orig. proceeding). Certified copies may be ordered from the appropriate court clerk. *See In re Hamilton*, No. 05-19-01458-CV, 2020 WL 64679, at *1 (Tex. App.—Dallas Jan. 7, 2020, orig. proceeding) (mem. op.). Documents become sworn copies when they are attached to an affidavit or to an unsworn declaration stating under penalty of perjury that the person making the affidavit or unsworn declaration has personal knowledge that the copies of the documents attached are correct copies of the originals. *See id.*; *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 132.001. Relator attempted to authenticate the documents in its appendix and record with an attorney certification that fails to comply with the above requirements.

Accordingly, we deny relator's petition for writ of mandamus. We also deny as moot relator's motion for temporary relief.

241138f.p05

/Ken Molberg//
_____
KEN MOLBERG
JUSTICE